IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUDITH A. BRACAMONTE,                   No. 2:06-cv-1868-MCE-GGH

     Plaintiff,

  v.                                                      ORDER

SACRAMENTO COUNTY PROBATION
DEPARTMENT, VERNE L. SPEIRS,
SHAWN AYALA, SUSAN VAN QUILL,
SHELLY FISHER, and MORGAN WARD,

     Defendants.
_____/

    On November 30, 2006, Plaintiff filed a Notice of Request for Substitution of Attorney and Order in this case. Therefore, the referral to the magistrate judge is withdrawn. However, the magistrate judge shall continue to perform his usual discovery tasks associated with ordinary civil cases. Henceforth, the caption on documents filed in this case shall be shown as 2:06-cv-1868-MCE-GGH.

DATED: January 4, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1