**P O R T E R | S C O T T**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Brooke A. Dohmen, SBN 242815
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants:
COUNTY OF SACRAMENTO PROBATION DEPARTMENT, VERNE L. SPEIRS, SHAWN
AYALA, SUSAN VANQUILL, SHELLY FISCHER, and MORGAN WARD

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH A. BRACAMONTE, | Case No.  CIV 2:06-1868 MCE GGH |
| Plaintiff, | **ORDER IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY DEADLINE FROM NOVEMBER 28, 2007 TO NOVEMBER 29, 2007** |
| vs. | |
| THE PROBATION DEPARTMENT OF THE COUNTY OF SACRAMENTO, VERNE L. SPEIRS, CHIEF; SHAWN AYALA, ASSISTANT PROBATION DIVISION CHIEF; SUSAN VANQUILL, RETIRED ANNUITANT /PROBATION OFFICER; SHELLY FISCHER, PROBATION OFFICER; MORGAN WARD, SUPERVISOR, DOMESTIC VIOLENCE UNIT, DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. _____/ | COMPLAINT FILED:        08/21/06 |

Good cause having been shown, and upon stipulation between the parties, it is hereby ordered that the discovery deadline in this matter be extended from November 28, 2007 to November 29, 2007.

IT IS SO ORDERED.

Dated:  November 9, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER IN SUPPORT OF STIPULATION TO EXTEND DISCOVERY DEADLINE FROM
NOVEMBER 28, 2007 TO NOVEMBER 29, 2007

00538165.WPD